UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
VICTOR REYES,

                                    Case No.: 20-cv-01883(AEK)

                    Plaintiff,

      -against-

THE VILLAGE OF SPRING VALLEY,

                   Defendant.
------------------------------------------------------------------x

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(2)**

Pursuant to F.R.C.P. 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Victor Reyes, hereby gives notice that the above captioned action is voluntarily dismissed, without prejudice against Defendant. This Notice of Voluntary Dismissal is submitted pursuant to this Court's May 12, 2022 Order directing Plaintiff to submit a notice of voluntary dismissal of this action by May 27, 2022.

Dated: Chestnut Ridge, New York
           June 2, 2022

KANTROWITZ, GOLDHAMER
& GRAIFMAN, P.C.

SO ORDERED.

_____
ANDREW E. KRAUSE
United States Magistrate Judge

_____
Sam B. Smith
747 Chestnut Ridge Road, Suite 200
Chestnut Ridge, NY 10977
Tel: (845) 356-2570
Fax: (845) 356-4335
ssmith@kgglaw.com
*Attorneys for Plaintiff*

In light of this filing, the conference scheduled for June 13, 2022 at 9:30 a.m. is ADJOURNED *sine dine*.

The Clerk of Court is respectfully directed to close this case.

Dated: June 7, 2022